UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 20CR03937 |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | SELF-SURRENDER DATE DUE TO |
| v. | ) | COVID SURGE |
| | ) | |
| DALE STARCZEWSKI | ) | |
| | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN:**

The self-surrender date for DALE STARCZEWSKI is hereby continued from January 7, 2022 to April 8, 2022, Noon. Bond Exoneration Hearing date continued from January 14, 2022 to April 15, 2022 9:00 a.m.

DATED: 01/3/2022

HONORABLE DANA M. SABRAW
United States District Court Judge